# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Citizens Insurance Company of America

                                     Plaintiff,

v.                                                                               Case No.: 1:21−cv−02249

                                                                                          Honorable Jorge L. Alonso

Francesca's Midwest Holdings, Inc., et al.

                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 26, 2021:

      MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff's motion for voluntary dismissal without prejudice [6] is granted. This case is dismissed without prejudice. Civil case terminated. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.